**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John BRADLEY, Petitioner**

No. 111 EAL 2017

Supreme Court of Pennsylvania.

September 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.